AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CORNEILOUS A. FORTUNE**

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __JULY 12, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

having been convicted of domestic assault, receive and possess a firearm, which had been possessed, shipped and transported in and affecting interstate and foreign commerce, that is, a Intratech DC 9 pistol and 9mm ammunition.

in violation of Title __18__ United States Code, Section(s) __922(g)(9)__.

I further state that I am __OFFICER MARTIN GARRISON__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
**OFFICER MARTIN GARRISON**
**THIRD DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____ at   __Washington, D.C.__
Date                                              City and State

_____        _____
Name & Title of Judicial Officer                Signature of Judicial Officer