**STATEMENT OF FACTS**

On Wednesday, July 12, 2006, at about 6:10 a.m., sworn officers with the Metropolitan Police Department's Third District Violent Crime Response Team executed a D.C. Superior Court search warrant at xxx Xxxxxx Xxxxxx, X.X., Xxxxxxxxxx, X.X. Upon gaining entry, officers located a loaded Intratech DC 9 pistol located in the basement/ laundry room of the house. Attached to the barrel of the pistol was an object that appeared to be a suppressor and a magazine inserted into the magazine well. The defendant, Corneilous Fortune was found in the basement area of the house. Also recovered from the basement area of the house, were documents in the defendant's name, empty or expended pistol cartridges, a live rifle cartridge, and a black bag containing a hard shell case with a long magazine that resembled the one inserted into the Intratech pistol (loaded with 21 9mm cartridges). Officers placed the defendant under arrest. To the best of the undersigned officer's knowledge, defendant Corneilous Fortune has previously been convicted of domestic assault, in D.C. Superior Court, Criminal Case No. 2000CMD010378, a crime which prohibits the defendant from possessing a firearm and ammunition. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such a crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Intratech DC 9 pistols nor 9mm ammunition manufactured in the District of Columbia. After arrest, the defendant gave a video taped statement, telling officers that he had purchased the gun for $800.00.

OFFICER MARTIN GARRISON
THIRD DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF JULY, 2006.

U.S. MAGISTRATE JUDGE